

**NUMBER 13-13-00425-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOASH SOLIS,**  **Appellant,**

**v.**

**THE STATE OF TEXAS,**  **Appellee**.

---

**On appeal from the 329th District Court
of Wharton County, Texas**.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Joash Solis, attempts to appeal his conviction for assault. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On August 13, 2013, we ordered appellant's counsel to, within thirty days, review the record and advise this Court as to whether appellant has a right to appeal. *See* TEX. R. APP. P. 44.3, 44.4. Counsel did not respond and the case was abated and remanded to the trial court on August 30, 2013. On September 24, 2013, the trial court issued findings of fact and conclusions of law that appellant has waived his right to appeal. This appeal is hereby REINSTATED.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED. Any pending motions are dismissed as moot.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of November, 2013.

2